UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| TIMOTHY JACKSON RICHARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Case No. 6:24-cv-01153-LSC-SGC |
| ) | |
| SCOTTY SHAFFER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 3, 2024, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without jurisdiction as successive.  (Doc. 2).  Although the report advised the petitioner of his right to object, no objections have been filed; the deadline to object has expired.  (Doc. 4).  Accordingly, there is nothing to contradict the conclusion that this court lacks jurisdiction over the petitioner's claims.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.  (Doc. 2).  Consistent with the recommendation, this matter will be dismissed for lack of jurisdiction.  As noted in the report and recommendation, a ruling on a certificate of appealability is not required under these circumstances.

A separate order will be entered.

**DONE** and **ORDERED** on November 1, 2024.

_____
L. Scott Coogler
United States District Judge

160704